# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
Louisiana State Penitentiary DOC No. 424229
DR CCR D-8
Angola LA 70712

### REHEARING ACTION: August 27, 2014

**Docket Number: 14   00182-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**

<u>**BEFORE JUDGES**</u>:

    **Hon. Marc T. Amy**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent